**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

AMANDEEP HOTHI,

Plaintiff,

v.

WALMART, INC., ET AL.,

Defendants.

Case No.: 2:26-cv-02146-DJC-AC

*San Joaquin County Superior Court Case No.: STK-CV-UPI-2025-16786*

**ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**

The Court, having read and considered the Parties' Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and to Remand, hereby ORDERS as follows:

## I. BACKGROUND

On November 12, 2025, Plaintiff filed a Complaint for personal injury against Defendant Walmart Inc. in the Superior Court for the State of California, County of San Joaquin, Case No. STK-CV-UPI-2025-16786.

Plaintiff, a resident of California, claims personal injuries and damages against Defendant Walmart Inc., an Arkansas Corporation, as a result of an alleged incident that occurred on or about November 14, 2023, at a Walmart store located in the County of San Joaquin, State of California.

On October 24, 2025, prior to filing the Complaint and prior to service of the same on Defendant Walmart Inc., Plaintiff's counsel sent Defendant a Time Limited Demand, which alleged that she was seeking a total of $250,000.00 in damages. Based on this, Walmart Inc. determined that the amount in controversy exceeded the $75,000.00 statutory minimum. Accordingly, Walmart Inc. removed the matter to federal court pursuant to 28 U.S.C. §§1332, 1441(a), and 1146(b), on June 12, 2026.

The Parties have now agreed and stipulated to limit any and all recovery of damages by plaintiff Amandeep Hothi to $75,000.00, exclusive of costs of suit or interest, as evidenced by the Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and To Remand. Accordingly, the Parties request an order from this Court remanding the case to the Superior Court of California for the County of San Joaquin.

## **II. ANALYSIS**

United States Code, Title 28, Section 1447(c), provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." (Emphasis added). In light of the Parties' stipulation limiting any and all recovery by Plaintiff to $75,000.00 or less, this Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). See Bruns v. NCUA 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary.")

## **III. ORDER OF THE COURT**

1. Plaintiff's total recovery, if any, from Defendant WALMART INC., for any injuries, damages, harms, or losses resulting from the alleged incident that occurred on Defendant's premises on or about November 14, 2023, and which are the subject of the within action (including formerly San Joaquin County Superior Court Case No.: STK-CV-UPI-2025-16786) (the "Litigation"), including but not limited to economic and non-economic damages, exclusive of any award of costs of suit or interest, is hereby capped at $75,000.00.

2. If any judgment or award, entered in her favor and against Defendant Walmart Inc., in the Litigation should exceed $75,000.00, exclusive of any award of costs of suit or interest, Plaintiff

has knowingly and voluntarily waived the right to claim that portion of her final judgment or award which exceeds $75,000.00.

3. Should any judgment or award, exclusive of any award of costs of suit or interest be entered in her favor and against Defendant Walmart Inc. in the Litigation, in excess of $75,000.00, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $75,000.00, and is barred from executing on any amount of the award or judgment in excess of $75,000.00.

4. Pursuant to the Parties' Stipulation, because this matter no longer exceeds $75,000.00, this Court no longer has subject matter jurisdiction and the matter is hereby REMANDED to the Superior Court for the State of California, County of San Joaquin County Superior Court Case No.: STK-CV-UPI-2025-16786. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of San Joaquin, Case No.: STK-CV-UPI-2025-16786.

5. All pending dates in the Federal action are hereby vacated.

6. The Clerk of Court shall serve a copy of this order on San Joaquin County Superior Court and close this case.

**IT IS SO ORDERED.**

Dated: July 29, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE